IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
MARCUS TURNER,                  )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      3:10cv620-MHT
                                )          (WO)
RICE ACCEPTANCE CO., d/b/a      )
Rice Banking Co., et al.,       )
                                )
     Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Marcus Turner's motion to dismiss (doc. no. 17) is granted and that defendant Equifax Information Services, LLC, and the claims against it are dismissed with prejudice, with the parties to bear their own costs, attorneys' fees, and expenses.  This case remains pending as to the other defendants.

The court assumes that defendant Equifax Information Services, LLC, has no objection to the allowance of this dismissal;  however,  if  it  does,  it  must  file  the

objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of September, 2010.

                                  /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE