IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:10cv620-MHT |
| | ) | (WO) |
| RICE ACCEPTANCE CO., d/b/a | ) | |
| Rice Banking Co., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the joint stipulation for pro tanto dismissal (doc. no. 21), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Fairlane Credit LLC and the claims against it are dismissed with prejudice, with the parties to bear their own costs.  This case remains pending as to defendant Rice Acceptance Co.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of January, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE