IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:10cv620-MHT |
| | ) | (WO) |
| RICE ACCEPTANCE CO., d/b/a | ) | |
| Rice Banking Co., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court
that the motion to dismiss (doc. no. 25) is granted and
that defendant Rice Acceptance Co. and the claims against
it are dismissed with prejudice, with the parties to bear
their own costs, attorney's fees, and expenses.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment pursuant
to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed in its entirety.

DONE, this the 30th day of September, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE